[Criminal No. 184.]

CHARLES H. DAVIS, Appellant, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the First Judicial District in and for the County of Yuma. George R. Davis, Judge.

Wupperman & Wupperman, for Appellant.

Joseph H. Kibbey, Attorney-General, for Respondent.

March 30, 1905.

THE COURT.—The defendant was convicted of burglary.

The only question raised on the appeal is whether the evidence supports the verdict. An examination of the record and the testimony adduced at the trial clearly points to the defendant's guilt and amply justifies the verdict. The judgment of the lower court is affirmed.